# EXHIBIT 5



IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| HEATHER SMITH, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>WHALECO INC. DBA TEMU,<br><br>　　　Defendant. | FILED IN DISTRICT COURT<br>OKLAHOMA COUNTY<br><br>Case No. CJ-2023-2888　　JUN 1 2 2023<br><br>　　　　　　　　　　RICK WARREN<br>　　　　　　　　　　COURT CLERK<br>CLASS ACTION　　38_____<br><br>(JURY TRIAL DEMANDED) |

## ORDER ADMITTING TO PRACTICE

Kathy R. Neal, having filed her Motion to Associate Counsel pursuant to the Rules Creating and Controlling the Oklahoma Bar Association, 5 O.S. Ch. 1. App. 1, Art. II, together with a signed Application, Certificate of Good Standing, and the Oklahoma Bar Association Certificate of Compliance; and said Motion having been noticed, no objections having been made, and the Court being fully apprised in the premises, and good cause appearing, it is hereby;

**ORDERED,** that said Motion is hereby granted, and Frank Hedin is hereby admitted to practice in the above styled and numbered cause of action for the purposes of the above entitled matter only.

　　　Dated this ___12___ day of ___June___, 2023.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　The Honorable Judge Brent Dishman
　　　　　　　　　　　　　　　Judge of the District Court

Submitted by:

Kathy R. Neal, OBA No. 674
MCAFEE & TAFT
2 W. 2nd Street, Suite 1100
Tulsa OK  74103
Telephone:    918-587-0000
Facsimile:     918-599-9317
Kathy.neal@mcafeetaft.com

***Attorney for Plaintiff***