# EXHIBIT 7

**OKLAHOMA State Courts Network**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| Heather Smith, INDIVIDUALLY AND ON BHEALF OF ALL OTHERS SIMILARLY SITUATED,<br>    Plaintiff,<br>v.<br>Whaleco Inc. DBA TEMU,<br>    Defendant. | No. CJ-2023-2888<br>**(Civil relief more than $10,000: CLASS ACTION)**<br><br>Filed: 05/22/2023<br><br><br>Judge: Dishman, C. Brent |

# PARTIES

Smith,  Heather, Plaintiff
Whaleco Inc., Defendant

# ATTORNEYS

**Attorney**

Neal,  Kathy  R (Bar #674)
TWO W. SECOND STREET SUITE 1100
TULSA, OK 74103

**Represented Parties**

Smith,   Heather

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**      Issue: CLASS ACTION (CLASS)
              Filed By: Smith, Heather
              Filed Date: 05/22/2023

| Party Name | Disposition Information |
|---|---|
| | Pending. |

| Date | Code | Description | Amount |
|---|---|---|---|
| 05-22-2023 | [ TEXT ] | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | #1 |
| 05-22-2023 | [ CLASS ] | CLASS ACTION | |
| 05-22-2023 | [ DMFE ] | DISPUTE MEDIATION FEE | $ 7.00 |
| 05-22-2023 | [ PFE1 ] | PETITION | $ 163.00 |
| 05-22-2023 | [ PFE7 ] | LAW LIBRARY FEE | $ 6.00 |
| 05-22-2023 | [ OCISR ] | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | $ 25.00 |
| 05-22-2023 | [ OCJC ] | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $ 1.55 |
| 05-22-2023 | [ OCASA ] | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | $ 5.00 |
| 05-22-2023 | [ SSFCHSCPC ] | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 10.00 |
| 05-22-2023 | [ CCADMINCSF ] | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.00 |
| 05-22-2023 | [ CCADMIN0155 ] | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | $ 0.16 |
| 05-22-2023 | [ SJFIS ] | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | $ 0.45 |
| 05-22-2023 | [ DCADMIN155 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | $ 0.23 |
| 05-22-2023 | [ DCADMIN05 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | $ 0.75 |
| 05-22-2023 | [ DCADMINCSF ] | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.50 |
| 05-22-2023 | [ CCRMPF ] | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | $ 10.00 |
| 05-22-2023 | [ CCADMIN04 ] | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | $ 0.50 |

| | | |
|---|---|---|
| 05-22-2023  [ LTF ] | | $ 10.00 |
| LENGTHY TRIAL FUND | | |
| 05-22-2023  [ SMF ] | | $ 10.00 |
| SUMMONS FEE (CLERKS FEE) | | |

**05-22-2023**  **[ P ]**

CLASS ACTION PETITION
Document Available (#1055646135)  TIFF     PDF

**05-22-2023**  **[ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE DISHMAN, C. BRENT TO THIS CASE.

**05-22-2023**  **[ ACCOUNT ]**

RECEIPT # 2023-5415632 ON 05/22/2023.
PAYOR: MCAFEE & TAFT TOTAL AMOUNT PAID: $ 252.14.
LINE ITEMS:
CJ-2023-2888: $173.00 ON AC01 CLERK FEES.
CJ-2023-2888: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2023-2888: $1.66 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2023-2888: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2023-2888: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2023-2888: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2023-2888: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2023-2888: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2023-2888: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2023-2888: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2023-2888: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2023-2888: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

**06-05-2023**  **[ MO ]**

MOTION TO ASSOCIATE COUNSEL
Document Available (#1055687021)  TIFF     PDF

**06-07-2023**  **[ O ]**

ORDER ADMITTING TO PRACTICE
Document Available (#1055692741)  TIFF     PDF

**06-08-2023**  **[ SMS ]**

ORIGINAL SUMMONS RETURNED, SERVED: WHALECO INC D/B/A TEMU - BY POSTAL SERVICE - SIGNATURE ILLEG - ON 5-30-23
Document Available (#1055693927)  TIFF     PDF

**06-09-2023**  **[ MO ]**

MOTION TO ASSOCIATE COUNSEL
Document Available (#1055807165)  TIFF     PDF

**06-12-2023**  **[ O ]**

ORDER ADMITTING TO PRACTICE
Document Available (#1055810090)  TIFF     PDF