IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

HEATHER SMITH, individual and on behalf of all other similarly situated, )
)
)
)
)
Plaintiff(s), )
)
v. )   Case No. CIV-23-559-D
)
WHALECO INC. d/b/a TEMU, )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendant__, __WHALECO INC. d/b/a TEMU__.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ John A. Burkhardt         6/28/2023
Signature                    Date

John A. Burkhardt
Print Name

Schaffer Herring PLLC
Firm

Criminal Cases Only:

☑ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

7134 S. Yale Ave., Ste. 300
Address

Tulsa    OK    74136
City     State   Zip Code

918-856-5378
Telephone

john.burkhardt@schafferherring.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on June 28, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on June 28, 2023, I filed the attached document with the Clerk of the Court and served the attached document by email on the following, who are not registered participants of the ECF System:

Frank S. Hedin, Esq.
fhedin@hedinhall.com

Arun G. Ravindran, Esq.
aravindran@hedinhall.com

E. Powell Miller, Esq.
epm@millerlawpc.com

Gregory A. Mitchell, Esq.
gam@millerlawpc.com

s/ John A. Burkhardt
s/ Attorney Name