# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

HEATHER SMITH

    Plaintiff(s)

vs.   Case Number: CIV-23-559-D

WHALECO INC. d/b/a TEMU

    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1., which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

WHALECO INC. d/b/a TEMU
[name of party]

who is a (check one)  ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)  ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

   (Check one)  ☑ YES   ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   PDD Holdings Inc.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)  ☐ YES   ☑ NO

   If YES, identify all such owners:

4.  **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify entity and nature of interest:

5.  **Is party a trade association?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  28th  day of  June  , 20 23 .

| | |
|---|---|
| s/John A. Burkhardt | |
| Signature | |
| John A. Burkhardt | 1336 |
| Printed Name | Bar Number |
| Schaffer Herring PLLC | |
| Firm Name | |
| 7134 S. Yale Ave., Ste. 300 | |
| Address | |
| Tulsa | OK  74136 |
| City | State  ZIP |
| 918-856-5378 | 918-550-8106 |
| Phone | Fax |
| john.burkhardt@schafferherring.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on   June 28, 2023   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Mary Quinn Cooper
Kathy R. Neal

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service      ☐ In Person Delivery
☐ Courier Service          ☑ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):
Frank S. Hedin, Esq. (fhedin@hedinhall.com);
Arun G. Ravindran, Esq. (aravindran@hedinhall.com);
E. Powell Miller, Esq. (epm@millerlawpc.com);
Gregory A. Mitchell, Esq. (gam@millerlawpc.com)

s/John A. Burkhardt
Signature