IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Heather Smith, individually and on behalf of all others similarly situated, )
)
)
)
Plaintiff(s), )
)
v. )  Case No. CIV-23-559-D
)
Whaleco, Inc. d/b/a TEMU, )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Plaintiff__, __Heather Smith__.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Mary Quinn Cooper    June 29, 2023
Signature               Date

Mary Quinn Cooper
Print Name

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

McAfee and Taft, a P.C.
Firm

Two W. 2nd Street, Suite 1100
Address

Tulsa          OK          74103
City           State       Zip Code

(918) 587-0000
Telephone

maryquinn.cooper@mcafeetaft.com
Internet E-mail Address

REVISED 05/14/18

## *Certificate of Service*

☑ I hereby certify that on June 29, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

ul Mary Quinn Cooper
s/ Attorney Name