## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEATHER SMITH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WHALECO INC. d/b/a TEMU<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-23-559-D<br>)<br>)<br>)<br>) |

### ORDER

Before the Court is Defendant's Motion for *Pro Hac Vice* Admission of Robert A. Stines [Doc. No. 4]. Defendant's motion is **GRANTED**, provided counsel files an entry of appearance consistent with LCvR 83.4.[1]

**IT IS SO ORDERED** this 30th day of June, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] *See* https://www.okwd.uscourts.gov/wp-content/uploads/PDF_A-OKWD_Admitted_Attorneys_Electronic_Filing_Registration.pdf for guidance on linking counsel's individual Pacer account with the Court.