## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

HEATHER SMITH, individually and )
on behalf of all others similarly situated, )
                                    )
    Plaintiff, )
                                    )
v. )    Case No. CIV-23-559-D
                                    )
WHALECO INC. d/b/a TEMU )
                                    )
    Defendant. )

### ORDER

Before the Court is an unopposed Motion for Extension of Time to Respond to Complaint filed by Defendant Whaleco, Inc. d/b/a/ TEMU. *See* [Doc. No. 5]. Upon consideration, the Motion is **GRANTED.**

**IT IS THEREFORE ORDERED** that Whaleco, Inc. d/b/a TEMU shall answer or otherwise respond to Plaintiff's complaint on or before July 25, 2023.

**IT IS SO ORDERED** this 30th day of June, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge