# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEATHER SMITH, individual and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WHALECO INC. d/b/a TEMU, <br><br> Defendant. | Case No: CIV-23-559-D <br><br> Class Action |

## EXHIBIT 2

## CONSENT FORM

