## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

HEATHER SMITH, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

WHALECO INC. DBA TEMU,

     Defendant.

Case No. CIV-23-559-D

CLASS ACTION

(JURY TRIAL DEMANDED)

### MOTION FOR PRO HAC VICE ADMISSION OF EDWIN POWELL MILLER

Kathy R. Neal, pursuant to Local Rule 83.2 & 83.3, moves for pro hac vice admission of Edwin Powell Miller to represent Plaintiff, Heather Smith, individually and on behalf of all others similarly situated, in this action.

1.    Movant hereby certifies that Edwin Powell Miller is a licensed attorney who regularly engages in the practice of law in the State of Michigan and is in good standing under all applicable rules and laws of Michigan.  A list of Courts, including Courts of the United States, in which Edwin Powell Miller is currently admitted, is included in the Request for Admission Pro Hac Vice.

2.    Edwin Powell Miller is eligible for admission to the bar of this Court pursuant to Local Rule 83.2(g).  Attached hereto as Exhibit 1 is the completed Request for Admission Pro Hac Vice.  A payment of $100.00 by check or credit card made payable to the Clerk of this Court will be tendered to the Clerk of the Court after filing of

this Motion. Edwin Powell Miller is in the process of registering with the Court's CM/ECF system.

3.     Movant is a licensed member in good standing of the Oklahoma State Bar Association, and Movant has been retained as counsel for the Plaintiff.

4.     Defendant's counsel has indicated that the Defendant has no objection to this Motion.

WHEREFORE, the Movant respectfully requests entry of an order for admission pro hac vice to the Bar of this Court.

Dated this 25th day of July, 2023.

                              Respectfully Submitted,


                              /s/ Kathy R. Neal
                              Kathy R. Neal, OBA #674
                              McAFEE & TAFT, P.C.
                              Williams Center Tower II
                              Two W. Second Street, Suite 1100
                              Tulsa, Oklahoma 74103
                              Telephone: 918-587-0000
                              Facsimile:  918-599-9317
                              Kathy.neal@mcafeetaft.com

                              E. Powell Miller
                              (*pending pro hac vice admission*)
                              THE MILLER LAW FIRM, P.C.
                              950 W. University Drive, Suite 300
                              Rochester, MI 48307
                              Telephone:  248-841-2200
                              epm@millerlawpc.com

                              *Counsel for Plaintiff and the Putative Class*

## <u>CERTIFICATE OF ELECTRONIC SERVICE AND FILING</u>

I hereby certify that on this 25th day of July, 2023, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made via CM/ECF to those registered participants of the ECF System.


/s/ Kathy R. Neal
Kathy R. Neal