UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Heather Smith )
)
)
)
vs.                          Plaintiff(s) )    Case No. CIV-23-559-D
)
Whaleco, Inc. d/b/a TEMU )
)
)
)
Defendant(s) )

### REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE  in support of which I represent that the answers to the following questions are complete, true and correct:

1.    Full name: Edwin Powell Miller

2.    State bar membership number: Michigan - P39487

3.    Business address, telephone and fax numbers:

950 W. University Drive, Suite 300, Rochester, Michigan 48307
(248) 841-2200
(248) 652-2852 - fax

4.    List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

State of Michigan Bar                Third Circuit Court of Appeals
USDC Eastern District of Michigan
USDC Western District of Michigan
Sixth Circuit Court of Appeals

5.    Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?    ☐ Yes  ☑ No

6.    Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?    ☐ Yes  ☑ No
      (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7.    Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?    ☑ Yes  ☐ No

A check for $100 should be made payable to the U.S. District Court Clerk.
      (United States Government Attorneys are exempted from paying this fee.)

DATED this ____5th____ day of _July, 2023_____.

/s/ E. Powell Miller

005/rvsd 04-23                          Signature of Applicant