# U.S. District Court

## Oklahoma Western - Oklahoma City

Receipt Date: Jul 25, 2023 3:38PM

Jordan Murphey

| Rcpt. No: 500002941 | | Trans. Date: Jul 25, 2023 3:38PM | | | Cashier ID: #DB |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 111 | Pro Hac Vice | DOKW523LB000123 /001 LIBRARY FUND | 1 | 100.00 | 100.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $100.00 |
| | Total Due Prior to Payment: | $100.00 |
| | Total Tendered: | $100.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: PHV: Edwin Miller CIV-23-559-D

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.