# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEATHER SMITH, individually and on behalf of all others similarly situated, <br><br>  Plaintiff, <br><br> v. <br><br> WHALECO INC. d/b/a TEMU <br><br> Defendant. | ) ) ) ) ) ) ) Case No. CIV-23-559-D ) ) ) ) ) |

## ORDER

Before the Court is Plaintiff's Motion for *Pro Hac Vice* Admission of Edwin Powell Miller [Doc. No. 12]. Plaintiff's motion is **GRANTED**, provided counsel files an entry of appearance consistent with LCvR 83.4.[1]

**IT IS SO ORDERED** this 26th day of July, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] *See* https://www.okwd.uscourts.gov/wp-content/uploads/PDF_A-OKWD_Admitted_Attorneys_Electronic_Filing_Registration.pdf for guidance on linking counsel's individual Pacer account with the Court.