IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

HEATHER SMITH, individually and on behalf of others similarly situated, )
)
)
)
Plaintiff(s), )
)
v. )   Case No. CIV-23-559-D
WHALECO INC. d/b/a TEMU )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, WHALECO INC. d/b/a TEMU.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Robert A. Stines   7/28/2023
Signature   Date

Robert A. Stines
Print Name

Smith Gambrell & Russell LLP
Firm

201 N Franklin Street, Suite 3550
Address

Tampa, FL 33602
City   State   Zip Code

813 488 2920
Telephone

rstines@sgrlaw.com
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on July 28, 2023, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Robert A. Stines
s/ Attorney Name