# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEATHER SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHALECO INC. d/b/a TEMU,<br><br>Defendant. | Case No. CIV-23-559-D |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to Respond to Motion to Compel Arbitration [Doc. No. 17]. For good cause shown, Plaintiff's motion is **GRANTED.** Plaintiff shall respond to Defendant's Motion to Compel Arbitration [Doc. No. 10] on or before September 14, 2023.

**IT IS SO ORDERED** this 14th day of August, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge