IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEATHER SMITH individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WHALECO, INC. d/b/a TEMU,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No. CIV-23-559-D<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is Plaintiff's Motion for Two-Week Extension of Time to Respond to Motion to Compel Arbitration [Doc. No. 19]. Upon consideration, the Motion is **GRANTED.**

**IT IS THEREFORE ORDERED** that Plaintiff shall respond to Defendant's Motion to Compel Arbitration [Doc. No. 10] on or before September 28, 2023.

**IT IS SO ORDERED** this 15th day of September, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge