UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEATHER SMITH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>WHALECO, INC. d/b/a TEMU,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-23-559-D<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Upon consideration of Defendant's Unopposed Motion for Extension of Time to File a Reply to Plaintiff's Response in Opposition to Motion to Compel Arbitration [Doc. No. 22], the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for Defendant to file a reply brief in support of its Motion to Compel Arbitration [Doc. No. 10] is extended to October 26, 2023.

IT IS SO ORDERED this 5th day of October, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge