IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: October 18, 2023

| | |
|---|---|
| HEATHER SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-559-D |
| | ) |
| WHALECO INC. d/b/a TEMU, | ) |
| | ) |
| Defendant. | ) |

**ENTER ORDER:**

    Plaintiff's Notice of Supplemental Authority [Doc. No. 24] is hereby stricken for failure to comply with LCvR7.1(m) in that it does not simply identify the proposition in filed briefs to which new authority is relevant but contains argument. If Plaintiff desires to present argument, she must apply for leave to file a supplemental brief.

ENTERED AT THE DIRECTION OF THE HONORABLE TIMOTHY D. DeGIUSTI.

                                       CARMELITA REEDER SHINN, CLERK,


                                       By: /s/ Jane Eagleston
                                                    Deputy Clerk