IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEATHER SMITH, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>WHALECO INC. DBA TEMU,<br><br>  Defendant. | Case No. 5:23-CV-00559-D<br><br>CLASS ACTION |

**PLAINTIFF'S CORRECTED NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Heather Smith, individually and on behalf of all others similarly situated, submits this Notice of Supplemental Authority regarding Defendant Whaleco, Inc. d/b/a Temu's ("TEMU") Motion to Compel Arbitration (Dkt. 11, 12):

   1.   On October 13, 2023 a court of the Middle District of Florida issued an opinion on a motion to compel arbitration brought by Whaleco, Inc involving the arbitration provision at issue in Defendant's Motion to Compel arbitration (Dkts. 11 and 12). *See Johnson v. Whaleco, Inc.*, Case No. 5:23-cv-403-GAP-PRL (M.D. Fla. Oct. 13, 2023) (a copy of the decision is attached as **Exhibit A** hereto).

   2.   Pursuant to LCvR7.1(m), Plaintiff avers that this newly-issued authority is relevant to Defendant Whaleco, Inc.'s terms of use on its website at issue here. *See* Plaintiff's Opposition to Defendant's Motion to Compel Arbitration, Dkt. 21, at pp. 8-24 (discussing whether Defendant establishes that an agreement was formed between the parties based on Defendant's terms of use).

Respectfully submitted,

/s/ Kathy R. Neal
Mary Quinn-Cooper, OBA # 11966
Kathy R. Neal, OBA #674
McAFEE & TAFT, P.C.
Williams Center Tower II
Two W. Second Street, Suite 1100
Tulsa, Oklahoma 74103
Telephone: 918-587-0000
Facsimile: 918-599-9317
Maryquinn.cooper@mcafeetaft.com
Kathy.neal@mcafeetaft.com

E. Powell Miller
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: 248-841-2200
epm@millerlawpc.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF ELECTRONIC SERVICE AND FILING

I hereby certify that on this 19th day of October 2023, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made via CM/ECF to those registered participants of the ECF System.

/s/ Kathy R. Neal