UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEATHER SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WHALECO, INC. d/b/a TEMU,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. CIV-23-559-D<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE
REPLY BRIEF FOR MOTION TO COMPEL ARBITRATION**

Upon consideration of Defendant's Second Unopposed Motion for an Extension of Time to File a Reply in Support of Its Motion to Compel Arbitration [Doc. No. 27], the Court finds that Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for Defendant to file a reply brief in support of its Motion to Compel Arbitration [Doc. No. 10] is further extended to November 9, 2023.

**IT IS SO ORDERED** this 24th day of October, 2023.

TIMOTHY D. DeGIUSTI
Chief United States District Judge