IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEATHER SMITH, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>WHALECO INC. DBA TEMU,<br><br>　　Defendant. | Case No. 5:23-CV-00559-D<br><br>CLASS ACTION |

## SUPPLEMENT TO MOTION TO EXTEND DEADLINES RELATED TO DEFENDANT'S MOTION TO COMPEL ARBITRATION (DKT. 34)

On December 8, 2023, Plaintiff Heather Smith filed her Motion to Extend Deadlines Related to Defendant's Motion to Compel Arbitration (Dkt. 34)(the "Motion").

At that time, counsel for Plaintiff was unable to reach counsel for Defendant to ascertain Defendant's position on the Motion. Counsel for Plaintiff is now authorized to inform the Court that Defendant consents to the Motion, and agrees to the proposed revised dates for Plaintiff's response and Defendant's reply set forth therein (Plaintiff's Opposition due January 5, 2024; and Defendant's reply due January 26, 2024).

WEREFORE, Plaintiff requests the Court grant its Motion to Extend Deadlines Related to Defendant's Motion to Compel.

Respectfully submitted,

/s/  Kathy R. Neal
Mary Quinn-Cooper, OBA # 11966
Kathy R. Neal, OBA #674
McAFEE & TAFT, P.C.
Williams Center Tower II
Two W. Second Street, Suite 1100
Tulsa, Oklahoma 74103
Telephone:  918-587-0000
Facsimile:  918-599-9317
Maryquinn.cooper@mcafeetaft.com
Kathy.neal@mcafeetaft.com

E. Powell Miller
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone:  248-841-2200
epm@millerlawpc.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF ELECTRONIC SERVICE AND FILING

I hereby certify that on this 11th day of December, 2023, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made via CM/ECF to those registered participants of the ECF System.

/s/ Kathy R. Neal