IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEATHER SMITH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WHALECO INC. DBA TEMU,<br><br>    Defendant. | Case No. 5:23-CV-00559-D<br><br>CLASS ACTION |

# ORDER

Before the Court is the Plaintiff's Motion to Extend Deadlines Related to Defendant's Motion to Compel Arbitration [Doc. No. 34], together with Plaintiff's Supplement to Motion to Extend Deadlines Related to Defendant's Motion to Compel Arbitration [Doc. No. 35].  For good cause shown, Plaintiff's motion is **GRANTED.** Plaintiff shall respond to Defendant's Motion to Compel Arbitration [Doc. No. 33] on or before January 5, 2024.  Defendant shall file its reply no later than January 26, 2024.

**IT IS SO ORDERED** this 11th day of December, 2023.

_[signature]_
TIMOTHY D. DeGIUSTI
Chief United States District Judge