UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEATHER SMITH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WHALECO INC. d/b/a TEMU,<br><br>    Defendant. | Case No. CIV-23-559-D |

## ORDER EXTENDING DEADLINES

Before the Court is the parties' Joint Motion for Two-Week Extension of Deadlines Related to Defendant's Motion to Compel Arbitration to Allow Parties to Discuss Resolution [Doc. No. 37]. Upon consideration, the Court finds that the Motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that, absent notice from the parties that the case has been resolved by agreement, Plaintiff shall respond to Defendant's Motion to Compel Arbitration [Doc. No. 33] by January 19, 2024. Defendant's reply is due by February 9, 2024.

**IT IS SO ORDERED** this 5th day of January, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge