IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEATHER SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHALECO INC. d/b/a TEMU,<br><br>Defendant. | Case No. 5:23-cv-00559-D |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Robert A. Stines and hereby moves to withdraw his appearance and representation of Defendant Whaleco Inc. d/b/a TEMU in the above-referenced matter, as he will be leaving the firm of Smith Gambrell & Russell LLP.

Defendant will continue to be represented by John A. Burkhardt of Schaffer Herring Law Firm and John W. McGuinness and Paul Heeringa of Manatt, Phelps & Phillips LLP.

Accordingly, the undersigned counsel for Defendant requests that this Motion be granted and that he be permitted to withdraw his appearance for and representation of Defendant. A proposed Order is filed herewith for the Court's convenience.

Respectfully submitted, this 25th day of March, 2024.

SMITH GAMBRELL & RUSSELL, LLP

/s/ Robert A. Stines
Robert A. Stines (admitted *pro hac vice*)
Florida Bar No. 78447
201 N. Franklin Street, Suite 3550
Tampa, Florida 33602
rstines@sgrlaw.com

John W. McGuinness (*pro hac* to be requested)
Paul Heeringa (*pro hac* to be requested)
MANATT, PHELPS & PHILLIPS LLP
151 n. Franklin Street, Suite 2600
Chicago, Illinois 60606
jmcguinness@manatt.com
pheeringa@manatt.com

John A. Burkhardt, OBA #1336
SCHAFFER HERRING PLLC
7134 S. Yale, Suite 300
Tulsa, Oklahoma 74136
John.burkhardt@schafferherring.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VALERIE EAKINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHALECO INC. d/b/a TEMU,<br><br>Defendant. | Case No. 5:23-cv-00560-J |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, March 25, 2024, a true and correct copy of the foregoing MOTION TO WITHDRAW AS COUNSEL was electronically filed with the Court's CM/ECF system which will send a notice to all counsel of record.

/s/ *Robert A. Stines*
Robert A. Stines
Florida Bar No. 78447
*Attorney for Whaleco Inc. d/b/a TEMU*