IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEATHER SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHALECO INC. d/b/a TEMU,<br><br>Defendant. | Case No. 5:23-cv-00559-D |

## ORDER

This case comes before the Court on Defendant Whaleco Inc. d/b/a TEMU's motion to withdraw Robert A. Stines as counsel. Whaleco Inc. d/b/a TEMU remains represented by other attorneys.

Because Whaleco Inc. d/b/a TEMU will remain represented by counsel, the Court **GRANTS** Defendant Whaleco Inc. d/b/a TEMU's motion to withdraw Robert A. Stines as counsel. The Clerk is **DIRECTED** to terminate Robert A. Stines as counsel of record for Whaleco Inc. d/b/a TEMU as of the date of this Order.

IT IS SO ORDERED this _____ day of March, 2024.

**Timothy D. DeGuisti**
**Chief United States District Judge**