IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

HEATHER SMITH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

WHALECO INC. d/b/a TEMU,

Defendant.

Case No. CIV-23-559-D

### ORDER

Upon consideration of attorney Robert A. Stines' Defendant's Motion to Withdraw as Counsel [Doc. No. 42], the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Robert A. Stines is withdrawn as counsel for Defendant Whaleco Inc. d/b/a TEMU, which will continue to be represented by other counsel of record.

**IT IS SO ORDERED** this 25th day of March, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge