IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HEATHER SMITH, individually and on        :
behalf of all others similarly situated,
                                          :
            Plaintiff,                        Case No. 5:23-cv-00559-D
                                          :
    v.
                                          :
WHALECO INC. d/b/a TEMU,
                                          :
            Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that Defendant Whaleco Inc., d/b/a TEMU ("Defendant"), hereby appeals, to the United States Court of Appeals for the Tenth Circuit, from this Court's order entered on July 23, 2024 in the above-captioned matter (*see* Dkt. 47) denying Defendant's motion to compel arbitration (*see* Dkt. 33).

Dated: July 29, 2024

Respectfully submitted by:

SCHAFFER HERRING PLLC

*/s/ John A. Burkhardt*
John A. Burkhardt, OBA #1336
7134 S. Yale, Ste. 300
Tulsa, Oklahoma 74136
T: 918-856-5378
Email: john.burkhardt@schafferherring.com

John W. McGuinness (*pro hac* to be requested)
A. Paul Heeringa (*pro hac* to be requested)
MANATT, PHELPS & PHILLIPS LLP
151 N. Franklin Street, Ste. 2600
Chicago, Illinois 60606
T: 312-529-6300
Email: jmcguinness@manatt.com
          pheeringa@manatt.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 29, 2024, a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system, which will send a notice to all counsel of record.

                                                  */s/ John. A. Burkhardt*
                                                    John A. Burkhardt