UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| HEATHER SMITH, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>WHALECO INC., d/b/a TEMU,<br><br>            Defendant. | Case No. 24-6155 |

**INSTRUCTIONS: WITHIN THE TIME PROSCRIBED IN THE COURT'S CASE OPENING LETTER FOR THE APPEAL OR OTHER PROCEEDING COUNSEL FOR A PARTY MUST EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear(s) as counsel for

<u>Heather Smith, individually and on behalf of others similarly situated</u>

[Party or Parties]

<u>                    Appellee/Respondent                    </u>, in the subject case(s).
[Appellant/Petitioner or Appellee/Respondent]

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested

1

**A-5** Entry of Appearance Form 10/09

in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

✓   There are no such parties, or any such parties have already been disclosed to the court.

| Frank S. Hedin | Arun G. Ravindran |
|---|---|
| Name of Counsel | Name of Counsel |
| | |
| *s/Frank S. Hedin* | *s/Arun G. Ravindran* |
| Signature of Counsel | Signature of Counsel |
| | |
| HEDIN LLP | HEDIN LLP |
| Frank S. Hedin | Arun G. Ravindran |
| 1395 Brickell Ave Suite 610 | 1395 Brickell Ave Suite 610 |
| Miami, Florida 33131 | Miami, Florida 33131 |
| Telephone: (305) 257-2107 | Telephone: (305) 257-2107 |
| Facsimile: (305) 200-8801 | Facsimile: (305) 200-8801 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| | |
| fhedin@hedinllp.com | aravindran@hedinllp.com |
| E-Mail Address | E-Mail Address |

   I hereby certify that all other parties to this litigation are represented by attorneys and a copy of this Entry of Appearance and Certificate of Interested Parties was served on August ___, 2024 via electronic filing using the ECF System. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF Registrants:

Frank S. Hedin
HEDIN LLP
1395 Brickell Ave Suite 610
Miami, Florida 33131
Telephone: (305) 257-2107
fhedin@hedinllp.com

                                                *s/Frank S. Hedin*
                                                Frank S. Hedin

2

**A-5** Entry of Appearance Form 10/09

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| HEATHER SMITH, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WHALECO INC., d/b/a TEMU,<br><br>　　　　　　　Defendant. | Case No. 24-6155 |

**Certificate of Interested Parties**

　　　The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

　　　　　　　(Attach additional pages if necessary.)