UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEATHER SMITH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WHALECO INC. DBA TEMU,<br><br>    Defendant. | Case No. 5:23-cv-00559-D<br><br>CLASS ACTION |

## JOINT STIPULATION OF DISMISSAL

The Parties (collectively Plaintiff Heather Smith, individually, and Defendant Whaleco Inc. dba TEMU) hereby stipulate, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismissal of this Action in its entirety, with prejudice and without costs as to Plaintiff Smith, and without prejudice and without costs as to any claims of the putative class. Each party shall be responsible for its respective costs and fees that are due, if any.

Dated: May 28, 2025

                                        Respectfully submitted,

                                        */s/   Kathy R. Neal*
                                        Mary Quinn-Cooper, OBA # 11966
                                        Kathy R. Neal, OBA #674
                                        McAFEE & TAFT, P.C.
                                        Williams Center Tower II
                                        Two W. Second Street, Suite 1100
                                        Tulsa, Oklahoma 74103

Telephone: 918-587-0000
Facsimile: 918-599-9317
Maryquinn.cooper@mcafeetaft.com
Kathy.neal@mcafeetaft.com


E. Powell Miller
*Admitted Pro Hac Vice*
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: 248-841-2200
epm@millerlawpc.com

Frank Hedin
HEDIN LLP
1395 Brickell Avenue, Suite 610
Miami, FL 33131
(305) 357-2107
fhedin@hedinllp.com

*Counsel for Plaintiff and Putative Class*


*/s/   John A. Burkhardt   w/consent*
John A. Burkhardt, OBA #1336
7134 S. Yale, Ste. 300
Tulsa, Oklahoma 74136
T: 918-856-5378
Email: john.burkhardt@schafferherring.com

Benjamin G. Shatz
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067-3119
(310) 312-4000
Fax: (310) 312-4224
BShatz@Manatt.com

John W. McGuinness (pro hac to be requested)
A. Paul Heeringa (pro hac to be requested)
MANATT, PHELPS & PHILLIPS, LLP
151 N. Franklin Street, Ste. 2600

2

Chicago, Illinois 60606
T: 312-529-6300
jmcguinness@manatt.com
pheeringa@manatt.com

*Counsel for Defendant Whaleco Inc. dba TEMU*

## CERTIFICATE OF ELECTRONIC SERVICE AND FILING

     I hereby certify that on May 28, 2025, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made via CM/ECF to those registered participants of the ECF System.

                                           */s/  Kathy R. Neal*
                                           Kathy R. Neal